IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:15-CV-183-D

| | |
|---|---|
| Z.G., by and through his mother and next friend, C.G., C.G., on behalf of herself, and J.G., on behalf of himself,<br><br>    Plaintiffs,<br><br>v.<br><br>PAMLICO COUNTY PUBLIC SCHOOLS BOARD OF EDUCATION, and LISA JACKSON, Superintendent, in her official capacity,<br><br>    Defendants. | **ORDER** |

On November 17, 2015, plaintiffs filed their complaint [D.E. 1]. On January 21, 2016, defendants moved to dismiss the complaint and filed a supporting memorandum [D.E. 11, 12]. On January 26, 2016, the court ordered the parties to conduct their Rule 26(f) conference and to submit a proposed discovery plan [D.E. 13]. On February 18, 2016, defendants moved to stay discovery and filed a supporting memorandum [D.E. 14, 15]. On February 19, 2016, plaintiffs moved for an extension of time to respond to defendants' motion to dismiss [D.E. 16]. On February 25, 2016, defendants moved for appropriate relief [D.E. 17]. On February 26, 2016, plaintiffs moved to stay proceedings [D.E. 19]. On March 11, 2016, defendants responded in opposition to plaintiffs' motion for an extension of time to respond to defendants' motion to dismiss [D.E. 21]. On March 30, 2016, plaintiffs moved for leave to file an amended complaint [D.E. 22].

Plaintiffs' motion for leave to file an amended complaint [D.E. 22] is GRANTED. Defendants' motion to dismiss [D.E. 11] is DENIED as moot. Defendants' motion to stay discovery [D.E. 14] is DENIED as moot. Plaintiffs' motion for an extension of time to respond to defendants' motion to dismiss [D.E. 16] is DENIED as moot. Defendants' motion for appropriate relief [D.E. 17] is DENIED as moot. Plaintiffs' motion to stay [D.E. 19] is DENIED as moot. Plaintiffs' amended complaint is due no later than April 29, 2016. Defendants may respond to the amended complaint in accordance with the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 15(a)(3).

SO ORDERED. This 19 day of April 2016.

JAMES C. DEVER III
Chief United States District Judge