| | |
|---|---|
| Z.G., by and through his mother and next friend, C. G., C.G., on behalf of herself, and J.G., on behalf of himself,<br>        Plaintiffs,<br><br>V.<br><br>PAMLICO COUNTY PUBLIC SCHOOLS BOARD OF EDUCATION, LISA JACKSON, Superintendent, in her official capacity, CHRIS DAVIS, Pamlico County Sheriff, in his official capacity, and DEPUTY BAILEY, in his official capacity,<br>        Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:15-cv-183-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that the court GRANTS the Board and Jackson's motion to strike [D.E. 39], GRANTS defendants' motions to dismiss [D.E. 28, 36], DISMISSES plaintiffs' federal claims, DECLINES to exercise supplemental jurisdiction over plaintiffs' state-law claims, and DENIES as futile plaintiffs' motion to amend their complaint [D.E. 41].

**This Judgment Filed and Entered on February 3, 2017, and Copies To:**

| | |
|---|---|
| Saiyani Thomas Mukombe | (via CM/ECF electronic notification) |
| Stephon J. Bowens | (via CM/ECF electronic notification) |
| Rachel B. Hitch | (via CM/ECF electronic notification) |
| Christopher J. Geis | (via CM/ECF electronic notification) |

DATE:  
February 3, 2017

JULIE RICHARDS JOHNSTON, CLERK  
(By) /s/ Nicole Briggeman  
Deputy Clerk