UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| Z.G., by and through his mother and next friend, C.G., C.G., on behalf of herself, and J.G., on Behalf of himself,<br><br>                Plaintiffs,<br><br>v.<br><br>PAMLICO COUNTY PUBLIC SCHOOLS BOARD OF EDUCATION, LISA JACKSON, SHERIFF CHRIS DAVIS, and DEPUTY BAILEY,<br><br>                Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:15-CV-183-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiffs' objections to the M&R [D.E. 75] are OVERRULED, the court ADOPTS the M&R [D.E. 74], GRANTS defendants' motion to dismiss [D.E. 61], DENIES plaintiffs' nunc pro tune motion [D.E. 63], DENIES plaintiffs' motion to extend time to file a second amended complaint [D.E. 66], and DISMISSES plaintiffs' amended complaint with prejudice.

**This Judgment Filed and Entered on February 18, 2020, and Copies To:**

| | |
|---|---|
| Saiyani Thomas Mukombe | (via CM/ECF electronic notification) |
| Stephan J. Bowens | (via CM/ECF electronic notification) |
| Rachel B. Hitch | (via CM/ECF electronic notification) |
| Christopher J. Geis | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE:<br>February 18, 2020 | PETER A. MOORE, JR., CLERK<br>(By) /s/ Nicole Sellers<br>Deputy Clerk |